UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **CHARLEY JAMES** | **CIVIL ACTION NO. 20-0308** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **SHERIFF SAMMY BYRD, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation [Doc. No. 19] of the Magistrate Judge having been considered, together with the written Objection [Doc. No. 20] hereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, with the exception of Plaintiff Charley James' claims against Nurse Welch for forcing him to accept the wrong medication, all other claims are **DENIED and DISMISSED** as frivolous, and for failure to state claims on which relief may be granted.

MONROE, LOUISIANA, this 13th day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE