UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **CHARLEY JAMES** | **CASE NO. 3:20-CV-00308 SEC. P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SAMMY BYRD, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 51] having been considered, together with the written Objections [Doc. No. 52] thereto filed with this Court, and, after a de novo review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the motion for summary judgment [Doc. No. 41] filed on behalf of the lone, remaining defendant, Nurse or "Ms." Welch, is **GRANTED**, and that plaintiff's remaining claims against said defendant are DISMISSED, without prejudice on the merits, but DISMISSED with prejudice for purposes of proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. The case is closed.

MONROE, LOUISIANA, this 10th day of August, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE